| | |
|---|---|
| 1 | **SEYFARTH SHAW LLP** |
| 2 | William Dritsas (SBN: 97523) |
|   | wdritsas@seyfarth.com |
| 3 | 560 Mission Street, 31st Floor |
|   | San Francisco, California 94105 |
| 4 | Telephone: (415) 397-2823 |
|   | Facsimile:  (415) 397-8549 |

SEYFARTH SHAW LLP
Timothy M. Rusche (SBN: 230036)
trusche@seyfarth.com
Sara M. Poggi (SBN: 259469)
spoggi@seyfarth.com
333 South Hope Street, Suite 3900
Los Angeles, California 90071
Telephone: (213) 270-9600
Facsimile: (213) 270-9601

Attorneys for Defendant
TESORO REFINING AND MARKETING COMPANY

NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN BURGESS and MICHAEL IRWIN, individually and on behalf of all similarly situated current and former employees, <br><br> Plaintiffs, <br><br> v. <br><br> TESORO REFINING AND MARKETING COMPANY, and DOES 1 through 20, inclusive, <br><br> Defendant. | Case No. CV10-5870 VBF (PLAx) <br> [Magistrate Judge Paul L. Abrams] <br><br> **ORDER GRANTING PROTECTIVE ORDER RE: CONFIDENTIAL INFORMATION** <br><br><br> *Complaint Filed:  July 07, 2010* |

13096312v.1

1    GOOD CAUSE APPEARING, it is hereby ORDERED that the Parties shall
2  comply with and be bound by the provisions of the Stipulation concerning
3  Production and Disclosure of the Confidential Information as set forth in the
4  Stipulation, **as modified by the Court**.
5    IT IS SO ORDERED.

7  Dated: February 1, 2011               _____
8                                        The Honorable Paul L. Abrams
                                         United States Magistrate Judge

-2-
ORDER

13096312v.1