JAY SMITH (CA Bar No. 166105)
(Email: js@gslaw.org)
LINDA S. FANG (CA Bar No. 240245)
(Email: lfang@gslaw.org)
NHU Q. LE (CA Bar No. 256999)
(Email: nle@gslaw.org)
**GILBERT & SACKMAN**
**A LAW CORPORATION**
3699 Wilshire Boulevard, Suite 1200
Los Angeles, California 90010
Tel: (323) 938-3000, Fax: (323) 937-9139

RICHARD ROUCO *(pro hac vice)*
(Email: rrouco@qcdwr.com)
**QUINN, CONNOR, WEAVER, DAVIES & ROUCO**
2700 Highway 280 East, Suite 380
Birmingham, Alabama 35223
Tel: (205) 870-9989, Fax: (205) 803-4142

Attorneys for Plaintiffs Benjamin Burgess and Michael Irwin

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN BURGESS and MICHAEL IRWIN, individually and on behalf of all similarly situated current and former employees,<br><br>           Plaintiffs,<br>     v.<br><br>TESORO REFINING AND MARKETING COMPANY, and DOES 1 through 10, inclusive,<br><br>           Defendants. | Case No. 10-cv-05870 VBF (PLAx)<br><br>[Assigned to the Hon. Paul L. Abrams for Discovery Matters]<br><br>**PLAINTIFF'S NOTICE OF MOTION FOR PROTECTIVE ORDER**<br><br>Date:     July 12, 2011<br>Time:    10:00 a.m.<br>Crtrm:   G, 9th Floor<br><br>Discovery Cut-Off Date: August 15, 2011<br>Pre-Trial Conf. Date: October 24, 2011<br>Trial Date: November 8, 2011 |

TO THE HONORABLE PAUL L. ABRAMS, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 12, 2011, at 10:00 a.m. in Courtroom G of the above-entitled Court, located at 312 N. Spring Street, Los Angeles, CA, Plaintiff Benjamin Burgess will and hereby does move this Court for a protective order, pursuant to Federal Rules of Civil Procedure 26(c), precluding Tesoro from taking the depositions of absent class members who have not filed declarations or otherwise participated in this action.

This motion for a protective order is made on the grounds that Tesoro cannot make the necessary "strong showing" to justify the burdensome discovery of absent class members, including that Tesoro is unable to point to *any* specific information it seeks from the proposed depositions of absent class members, let alone that such information is necessary to its defense and cannot be obtained from other sources, nor can Tesoro show that the discovery is for a purpose other than to harass and intimidate absent class members in order to diminish the size of the class, that absent class members would not be required to obtain the assistance of counsel to defend their depositions, and, that the discovery seeks information that is not already known by Tesoro.

This motion is based on this notice, the accompanying Joint Stipulation of the parties, the declaration of Nhu Le ("Le Decl.") and exhibits filed concurrently herewith, all pleadings and documents on file in this action, and on such additional evidence as will be presented in the supplemental briefing filed in connection with, and at the hearing on, this motion.

This motion is made following the conference of counsel, pursuant to L.R. 37-1, which took place in person on June 3, 2011. *See* Le Decl. ¶¶ 6-7.

Dated:  June 21, 2011

**GILBERT & SACKMAN**
**A Law Corporation**


By:   /s/ Nhu Q. Le
          Nhu Q. Le
Attorneys for Plaintiffs

# CERTIFICATE OF SERVICE

I, Nhu Q. Le, certify that on <u>June 21, 2011</u>, the foregoing document entitled:

**PLAINTIFF'S NOTICE OF
MOTION FOR PROTECTIVE ORDER**

was filed electronically in the Court's ECF; thereby upon completion the ECF system automatically generated a "Notice of Electronic Filing" ("NEF") as service through CM/ECF to registered e-mail addresses of parties of record in the case, in particular on the following:

Timothy M. Rusche
trusche@seyfarth.com

William Dritsas
wdritsas@seyfarth.com

Sara Poggi
spoggi@seyfarth.com

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 21, 2011, at Los Angeles, California.

                                           /s/ Nhu Q. Le
                                           Nhu Q. Le