```
 1  SEYFARTH SHAW LLP
    William J. Dritsas (SBN: 97523)
 2  wdritsas@seyfarth.com
    560 Mission Street, 31st Floor
 3  San Francisco, California 94105
    Telephone: (415) 397-2823
 4  Facsimile:  (415) 397-8549

 5  SEYFARTH SHAW LLP
    Timothy M. Rusche (SBN: 230036)
 6  trusche@seyfarth.com
    Sara M. Poggi (SBN: 259469)
 7  spoggi@seyfarth.com
    333 South Hope Street, Suite 3900
 8  Los Angeles, California 90071
    Telephone: (213) 270-9600
 9  Facsimile: (213) 270-9601

10  Attorneys for Defendant
    TESORO REFINING AND MARKETING COMPANY
11
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN BURGESS and MICHAEL IRWIN, individually and on behalf of all similarly situated current and former employees,<br><br>Plaintiffs,<br><br>v.<br><br>TESORO REFINING AND MARKETING COMPANY, and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No. CV10-5870 VBF (PLAx)<br><br>[Magistrate Judge Paul L. Abrams]<br><br>[~~PROPOSED~~] ORDER REGARDING STIPULATION CONCERNING PRODUCTION AND DISCLOSURE OF CONFIDENTIAL INFORMATION<br><br>*Complaint Filed:* July 07, 2010 |

[PROPOSED] ORDER
Case No. CV10-5870 VBF (PLAx)

13633144v.1

1   GOOD CAUSE APPEARING, it is hereby ORDERED that the Parties shall
2  comply with and be bound by the provisions of the August 3, 2011 Stipulation
3  concerning Production and Disclosure of the Confidential Information as set forth
4  in the Stipulation.
5   IT IS SO ORDERED.
6  Dated: 8/4/11

The Honorable Paul L. Abrams
United States District Court
Magistrate Judge