NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENJAMIN BURGESS and MICHAEL IRWIN, individually and on behalf of all similarly situated current and former employees,<br><br>    Plaintiffs,<br><br>    v.<br><br>TESORO REFINING AND MARKETING COMPANY, and DOES 1 through 20, inclusive,<br><br>    Defendant. | Case No. CV10-5870 DMG (PLAx)<br><br>[MAGISTRATE JUDGE PAUL L. ABRAMS]<br><br>**ORDER GRANTING THE PARTIES' STIPULATION CONCERNING PRODUCTION AND DISCLOSURE OF CLASS MEMBER AND OTHER EMPLOYEE NAMES**<br><br>*Complaint Filed: July 07, 2010* |

14355329v.1

1    GOOD CAUSE APPEARING, it is hereby ORDERED that the Parties shall comply with and be bound by the provisions of the Stipulation concerning Production and Disclosure of Class Member and Other **Employee** Names as set forth in the Stipulation.

**IT IS SO ORDERED.**

Dated: April 11, 2012

_____
Honorable Paul L. Abrams
United States Magistrate Judge

14355329v.1